No. 09-10851. David E. Burdette, Petitioner v. Fred Britten, Warden.

561 U.S. 1033, 130 S. Ct. 3522, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5509.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-10874. Timothy Wilbourn, Petitioner v. Illinois.

561 U.S. 1033, 130 S. Ct. 3523, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5432.

June 28, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 392 Ill. App. 3d 1147, 368 Ill. Dec. 491, 984 N.E.2d 216.

No. 09-10887. Mary Antoinette Robinson, Petitioner v. Supreme Court of the United States.

561 U.S. 1033, 130 S. Ct. 3523, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5368.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-10895. Margaret M. Considine, Petitioner v. National Credit Union Administration.

561 U.S. 1033, 130 S. Ct. 3523, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5418.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 366 Fed. Appx. 157.

No. 09-10897. Shannon L. Clark, Petitioner v. William C. Sherrill, Jr.,

Magistrate Judge, United States District Court for the Northern District of Florida.

561 U.S. 1033, 130 S. Ct. 3537, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5515,

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 358 Fed. Appx. 199.

No. 09-10909. Jerry Hines, Petitioner v. Butch Jackson, Superintendent, Nash Correctional Institution.

561 U.S. 1033, 130 S. Ct. 3523, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5431,

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 415.

No. 09-10928. Henry Clark, Petitioner v. United States Gypsum Company.

561 U.S. 1034, 130 S. Ct. 3523, 177 L. Ed. 2d 1105, 2010 U.S. LEXIS 5357,

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.